```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
WEBSTER BANK, NATIONAL
ASSOCIATION,

                Plaintiff,                     ORDER

        - against -                            20 Civ. 405 (NRB)

AMERICAN FINISHED PRODUCTS INC.
d/b/a INTERNATIONAL EXTRUSION
DESIGNS, ALL AMERICAN EXTRUSION
INC., and DOMENICK MERLINO,

                Defendants.
---------------------------------X
```

**NAOMI REICE BUCHWALD, District Judge**

 IT IS HEREBY ORDERED that the conference previously scheduled for April 9, 2020 at 3:15 pm will now be held telephonically on April 9, 2020 at **12:30 pm**. Chambers will contact the parties with dial-in instructions.

Dated:   New York, New York
         March 26, 2020

                                    _____
                                    NAOMI REICE BUCHWALD
                                    United States District Judge