<u>**LAW OFFICES OF ROBERT GIUSTI, ESQ. & ASSOCIATES, PLLC**</u>
42-40 Bell Blvd., Suite 601
Bayside, New York 11361
Tel# (718) 224-5431
Fax# (718) 224-2938

Robert Giusti, Esq.
_____

Katie Giusti, Esq.
_____

Tina-Marie Bonsangue
    Paralegal

August 28, 2020

<u>**VIA ECF**</u> & <u>**FACSIMILE**</u>

Hon. Naomi Reice Buchwald
United States District Court
Judge United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: Webster Bank v. American Finished Products Inc. & Merlino, et al.
    <u>Civil Action No.: 1:20 -cv-00405</u>
     Letter Motion

Dear Judge Buchwald:

This office is counsel to the above-referenced Defendants. Currently, pending before this Court, is Plaintiff's Motion for Summary Judgment [Docket Nos. 20, 21, 22, 23, 24 and 26], Opposition to Motion for Summary Judgment [Docket Nos. 27 and 28] and Reply to Opposition to Motion for Summary Judgment [Docket Nos. 29, 30 and 31]. On consent, I am writing this letter to inform this Court that the parties are still in settlement discussions to resolve the above-referenced matter. The parties herein are respectfully requesting that the Motion for Summary Judgment be held in abeyance for an additional thirty (30) days while settlement discussions are ongoing. We will keep the Court apprised as to our progress.

Very truly yours,

*/s/ Robert Giusti*

Robert Giusti, Esq.

cc:    Linda Mandel Gates, Esq.
       Teresa Sadutto-Carley, Esq.

Application granted.
SO ORDERED.

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: August 31, 2020