## LAW OFFICES OF ROBERT GIUSTI, ESQ. & ASSOCIATES, PLLC
42-40 Bell Blvd., Suite 601
Bayside, New York 11361
Tel# (718) 224-5431
Fax# (718) 224-2938

Robert Giusti, Esq.

Katie Giusti, Esq.

Tina-Marie Bonsangue
Paralegal

September 30, 2020

> Application granted. This is
> the final extension.
> SO ORDERED.
>
> *Naomi Reice Buchwald*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: New York, New York
> October 1, 2020

**VIA ECF & FACSIMILE**

Hon. Naomi Reice Buchwald
United States District Court
Judge United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: Webster Bank v. American Finished Products Inc. & Merlino, et al.
    Civil Action No.: 1:20-cv-00405
     Letter Motion

Dear Judge Buchwald:

This office is counsel to the above-referenced Defendants. Currently, pending before this Court, is Plaintiff's Motion for Summary Judgment [Docket Nos. 20, 21, 22, 23, 24 and 26], Opposition to Motion for Summary Judgment [Docket Nos. 27 and 28] and Reply to Opposition to Motion for Summary Judgment [Docket Nos. 29, 30 and 31]. On consent, I am writing this letter to inform this Court that the parties are still in settlement discussions to resolve the above-referenced matter. The parties herein are respectfully requesting that the Motion for Summary Judgment be held in abeyance for an additional thirty (30) days while settlement discussions are ongoing. We are making progress and expect a settlement agreement within the next thirty (30) days.

Very truly yours,

*Robert Giusti*

Robert Giusti, Esq.

cc:   Linda Mandel Gates, Esq.
      Teresa Sadutto-Carley, Esq.